IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| **ELIZABETH THORNHILL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | 4:10-cv-01562-BSM |
| | ) | |
| v. | ) | **Judge Miller** |
| | ) | |
| **PREMIER RECOVERY, INC.,** | ) | **Magistrate Judge Young** |
| | ) | |
| **Defendant.** | ) | |

**REQUEST FOR CLERK'S ENTRY OF DEFAULT**

**PURSUANT TO RULE 55(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

NOW COMES the Plaintiff, ELIZABETH THORNHILL, by and through her attorneys, LARRY P. SMITH & ASSOCIATES, LTD., and pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, hereby respectfully requests that the Clerk of the Court enter the default of PREMIER RECOVERY, INC., for its failure to answer or otherwise plead. In support thereof, Plaintiff states as follows:

1. Defendant was served on November 18, 2010. (A true and exact copy of the return of service is attached hereto as **Exhibit A**).

2. An answer or other responsive pleading was due on or before December 9, 2010.

3. After a complete review of the court docket, Plaintiff has determined that the Defendant has failed to answer or otherwise plead. (See **Exhibit B**).

WHEREFORE, Plaintiff, ELIZABETH THORNHILL, respectfully requests that the Clerk of the Court enter the default of PREMIER RECOVERY, INC.

                                Respectfully submitted,
                                **ELIZABETH THORNHILL**

                  By:    s/ Larry P. Smith
                           Attorney for Plaintiff

Dated: December 28, 2010

Larry P. Smith (Atty. No.: 6217162)
LARRY P. SMITH & ASSOCIATES, LTD.
205 North Michigan Avenue, 40th Floor
Chicago, IL 60601
Telephone:  (312) 222-9028 (x811)
Facsimile:   (888) 418-1277
E-Mail:      lsmith@smithlaw.us