# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**ELIZABETH THORNHILL**                                                                        **PLAINTIFF**

**v.**                             **CASE NO. 4:10CV01562 BSM**

**PREMIER RECOVERY, INC.**                                                              **DEFENDANT**

## JUDGMENT

Pursuant to the clerk's entry of default entered on December 29, 2010, judgment is entered in favor of plaintiff Elizabeth Thornhill and against defendant Premier Recovery, Inc. Thornhill is directed to contact Betty Tyree, the courtroom deputy clerk, to schedule a hearing on the issue of damages.

Dated this 29th day of December, 2010.

_____
UNITED STATES DISTRICT JUDGE