**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | | |
|---|---|---|
| **ELIZABETH THORNHILL,** | ) | |
| | ) | |
| Plaintiff, | ) | 4:10-cv-01562-BSM |
| | ) | |
| v. | ) | Judge Miller |
| | ) | |
| **PREMIER RECOVERY, INC.,** | ) | Magistrate Judge Young |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

**To:** Premier Recovery, Inc.
7300 Turfway Road
Florence, Kentucky 41042

On February 16, 2011, at 2:00 p.m., or as soon thereafter as counsel may be heard, I shall appear **telephonically** before the Honorable Judge Miller, and present a copy of **Plaintiff's Motion for Default Judgment**, a copy of which is attached hereto and hereby served upon you.

By:   s/ David M. Marco
Attorney for Plaintiff

David M. Marco (Atty. No.: 6273315)
LARRY P. SMITH & ASSOCIATES, LTD.
205 North Michigan Avenue, 40th Floor
Chicago, IL 60601
Telephone:   (312) 222-9028 (x812)
Facsimile:   (888) 418-1277
E-Mail:   dmarco@smithlaw.us

## CERTIFICATE OF SERVICE

      I, David M. Marco, an attorney, certify that I shall cause to be served a copy of **Plaintiff's Motion for Default Judgment**, upon the above named individual(s) by: depositing same in the U.S. Mail box at 205 North Michigan Avenue, 40th Floor, Chicago, IL 60601, prior to 5:00 p.m. on **January 13, 2011**, postage prepaid; messenger delivery; Federal Express; facsimile transmitted from (888) 418-1277; and/or email, as indicated below.

    __X__  U.S. Mail
    ____  Messenger Delivery
    ____  Federal Express/UPS
    ____  Facsimile
    ____  Email

                                              By:   __s/ David M. Marco__
                                                               Attorney for Plaintiff

David M. Marco (Atty. No.: 6273315)
LARRY P. SMITH & ASSOCIATES, LTD.
205 North Michigan Avenue, 40th Floor
Chicago, IL 60601
Telephone:  (312) 222-9028 (x812)
Facsimile:   (888) 418-1277
E-Mail:      dmarco@smithlaw.us