**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **ELIZABETH THORNHILL,** | ) | |
| | ) | |
| Plaintiff, | ) | 4:10-cv-01562-BSM |
| | ) | |
| v. | ) | Judge Miller |
| | ) | |
| **PREMIER RECOVERY, INC.,** | ) | Magistrate Judge Young |
| | ) | |
| Defendant. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

NOW COMES the Plaintiff, ELIZABETH THORNHILL, by and through her attorneys, LARRY P. SMITH & ASSOCIATES, LTD., and for her Notice of Voluntary Dismissal, Plaintiff states as follows:

1. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby notifies this Honorable Court that the Plaintiff voluntarily dismisses her case pursuant.

2. The Defendant in this case has filed neither an answer to Plaintiff's complaint nor a motion for summary judgment.

3. Plaintiff requests that this case be dismissed without prejudice and without costs to any party.

Respectfully submitted,
**ELIZABETH THORNHILL**

By:   s/ David M. Marco
        Attorney for Plaintiff

1

Dated: February 11, 2011

David M. Marco (Atty. No.: 6273315)
LARRY P. SMITH & ASSOCIATES, LTD.
205 North Michigan Avenue, 40th Floor
Chicago, IL 60601
Telephone:   (312) 222-9028 (x812)
Facsimile:   (888) 418-1277
E-Mail:      dmarco@smithlaw.us